# United States District Court Southern District of Texas

Case Number: _____

## ATTACHMENT

Description:

☐ State Court Record                ☐ State Court Record Continued

☐ Administrative Record

☒ Document continued - Part _2_ of _2_    *Notice of Removal*

☐ Exhibit to: _____
  number(s) / letter(s) _____

Other: _____

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| KATHRYN KELLY STEVENS, Trustee of ) <br> The Naylor Grandchildren's trust ) <br> f/b/o Natalie Grace Naylor, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> NEWBRIDGE PARTNERS, LLC n/k/a ) <br> Victory Capital Management, Inc.; ) <br> and McKINLEY CAPITAL ) <br> MANAGEMENT, INC., ) <br> ) <br> Defendants. ) | Civil Action No. <br> [JURY] |

## LIST OF ALL COUNSEL OF RECORD

1.  Attorneys-in-Charge for Plaintiffs:

    Randall A. Pulman
    Lance Hunter "Luke" Beshara
    Pullman, Bresnahan & Pullen, LLP
    6919 Blanco Road
    San Antonio, Texas 78216

2.  Attorneys-in-Charge for Defendant McKINLEY CAPITAL MANAGEMENT, INC.:

    Douglas Poole
    McLeod, Alexander, Powel & Apffel, P.C.
    802 Rosenberg
    P.O. Box 629
    Galveston, Texas 77553
    (409) 763-2481
    (409) 762-1155

Clifford K. Atkinson
Brenda M. Saiz
Atkinson & Tahl, P.C.
201 3rd Street NW, Suite 1850
Albuquerque, NM 87102
(505) 764-8111
Fax: (505) 764-8374

3. Attorneys-in-Charge for Defendant VICTORY CAPITAL MANAGEMENT, INC.:

Daniel J. Mitchell
John G. Osborn
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, Maine 04104
(207) 774-1200
Fax: (207) 774-127

Wade Porter
Matt Ryan
Allensworth & Porter, L.L.P.
620 Congress Avenue
Austin, Texas 78701
(512) 708-1250
Fax: (512) 708-0519

Respectfully submitted,

**ATKINSON & THAL, P.C.**
Clifford K. Atkinson
Brenda M. Saiz
201 3rd Street NW, Suite 1850
Albuquerque, NM 87102
(505) 764-8111
Fax: (505) 764-8374

-and-

McLEOD, ALEXANDER, POWEL & APFFEL, P.C.

By: _Douglas Poole by Permission JPB_
Douglas W. Poole
TBN: 16115600
SDTX: 619
802 Rosenberg
P.O. Box 629
Galveston, TX 77553-0629
(409) 763-2481
Fax: (409) 762-1155

*Attorneys for Defendant McKinley Capital Mgmt., Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Notice of Removal was served this 24th day of October, 2005, upon all counsel of record in accordance with the Federal Rules of Civil Procedure.

Randall A. Pulman
Lance Hunter "Luke" Beshara
Pullman, Bresnahan & Pullen, LLP
6919 Blanco Road
San Antonio, Texas 78216

_Douglas Poole by Permission JPB_
Douglas W. Poole

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| KATHRYN KELLY STEVENS, Trustee of ) <br> The Naylor Grandchildren's trust ) <br> f/b/o Natalie Grace Naylor, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> NEWBRIDGE PARTNERS, LLC n/k/a ) <br> Victory Capital Management, Inc.; ) <br> and McKINLEY CAPITAL ) <br> MANAGEMENT,INC., ) <br> ) <br> Defendants. ) | Civil Action No. <br> [JURY] |

## INDEX OF MATTERS BEING FILED

1. Defendant's Notice of Removal in the United States District Court for the Southern District of Texas, Galveston Division.

2. Plaintiffs' First Amended Petition.

3. Notice of Notice of Removal – State Court.

4. Letter to State Court District Clerk regarding Removal.

5. Index of Matters Being Filed.

6. Civil Cover Sheet.

7. List of All Counsel of Record.

8. Application and Demand for Jury Trial.

9. Docket Sheet from State Court.

10. Return of Service of Process from State Court District Clerk for McKinley Capital Management, Inc.

11. There are no orders attached because none were issued by the trial court pertaining to McKinley Capital Management, Inc. prior to removal.

Respectfully submitted,

**ATKINSON & THAL, P.C.**
Clifford K. Atkinson
Brenda M. Saiz
201 3rd Street NW, Suite 1850
Albuquerque, NM 87102
(505) 764-8111
Fax: (505) 764-8374

-and-

**McLEOD, ALEXANDER, POWEL & APFFEL, P.C.**

By: _____
Douglas W. Poole
TBN: 16115600
SDTX: 619
802 Rosenberg
P.O. Box 629
Galveston, TX 77553-0629
(409) 763-2481
Fax: (409) 762-1155

*Attorneys for Defendant McKinley Capital Mgmt., Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Notice of Removal was served this 24th day of October, 2005, upon all counsel of record in accordance with the Federal Rules of Civil Procedure.

Randall A. Pulman
Lance Hunter "Luke" Beshara
Pullman, Bresnahan & Pullen, LLP
6919 Blanco Road
San Antonio, Texas 78216

Douglas W. Poole