UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KATHRYN KELLY STEVENS, Trustee of | ) | |
| The Naylor Grandchildren's trust | ) | |
| f/b/o N.G.N., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:05-cv-00566 |
| | ) | [JURY] |
| | ) | |
| NEWBRIDGE PARTNERS, LLC n/k/a | ) | |
| VICTORY CAPITAL MANAGEMENT, INC., | ) | |
| and McKINLEY CAPITAL | ) | |
| MANAGEMENT,INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING TRANSFER OF VENUE TO THE DISTRICT OF ALASKA

On this the ___ day of _____, 2005, the Motion of Defendant

McKinley Capital Management, Inc. to Transfer Venue was considered by the Court.

After considering the aforementioned motion and the Reponses thereto, the Court finds

that it would be in the interests of justice and the convenience of the parties and witnesses for the

Plaintiffs' claims, as against both Defendants, to be transferred to the United States District

Court for the District of Alaska.   Therefore, the Court GRANTS McKinley Capital

Management's Motion to Transfer Venue and transfers the Plaintiffs' claims against each of the

Defendants to the District of Alaska.

SIGNED on December ___, 2005.


_____
SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE